# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**WILLIAM R. DAVIS,**
    **Plaintiff,**

**v.**                                    **CASE NO. 3:18-cv-00353-MMH-JBT**
                                        **DEATH PENALTY CASE**

**BARRY REDDISH, in his**
**official capacity as the**
**Warden of Florida State Prison,**
**MARK INCH, in his official**
**capacity as the Secretary,**
**Florida Department of Corrections,**

    **Defendants.**
_____/

## NOTICE OF FILING LETHAL INJECTION PROTOCOL

NOTICE IS HEREBY GIVEN that Defendant, Secretary, Department of Corrections, by and through the undersigned Assistant Attorney General, files on this date with the Clerk of the United States District Court, Middle District, lethal injection protocols dated May 6, 2021, which were filed by Florida Department of Corrections on May 10, 2021 in the case of *State of Florida v. James Milton Dailey*, Pinellas County Case No. 1985-CF-007084. See attached Exhibit A.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL OF FLORIDA**

/s/ Scott A. Browne
SCOTT A. BROWNE
Chief Assistant Attorney General
Florida Bar No. 0802743
3507 E. Frontage Road, Suite 200
Tampa, Florida 33607-7013
Telephone: (813) 287-7910
Facsimile: (813) 281-5501
scott.browne@myfloridalegal.com
E-service: capapp@myfloridalegal.com

/s/ Timothy A. Freeland
TIMOTHY A. FREELAND
Senior Assistant Attorney General
Florida Bar No. 0539181
timothy.freeland@myfloridalegal.com

/s/ Joe Belitzky
JOE BELITZKY
Senior Assistant Attorney General
Florida Bar No. 0217301
Office of the Attorney General
The Capitol – PL-01
Tallahassee, Florida 32399-2500
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
joe.belitzky@myfloridalegal.com

CO-COUNSEL FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of May, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sent a notice of electronic filing to: Maria DeLiberato, Esquire, Post Office Box 18988, Tampa, Florida 33679, mariadeliberato@gmail.com; Carol Wright, Esquire, Chief, Capital Habeas Unit, Office of the Federal Public Defender, Middle District of Florida, 400 North Tampa Street, Suite 2700, Tampa, Florida 33602, Carol_Wright@fd.org; and David M. Poell, Esquire, Sheppard Mullin Richter & Hampton LLP, 70 West Madison Street, 48th Floor, Chicago, IL 60602, dpoell@sheppardmullin.com.

/s/ Scott A. Browne
Co-Counsel for Defendants